**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

JOEL SHER                                    *

     Plaintiff                              *

v.                                           *        Case No. RDB-10-1895

SAF FINANCIAL, INC. et al.                   *

     Defendants                            *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**<u>ORDER</u>**

Presently pending before this Court are Motions to Dismiss filed by the Defendants (Paper #25, #27, #29 and #30).  A hearing was held on those motions on Friday, September 17, 2010, and the ultimate disposition of all of those said motions awaits a Memorandum Opinion and Order of this Court to be issued.  During the hearing, the Court ruled with respect to certain pending Counts of the Complaint.

For the reasons stated on the record:

1. The Motion to Dismiss of the Defendants Goldstone, Simmons and SAF Financial Inc. was DENIED as to Count V of the Complaint;

2. The Motions to Dismiss of the Defendants Goldstone, Simmons, Burns and Pell, were GRANTED as to Count VII;

3. The Motions of the Defendants Goldstone and Simmons were GRANTED as to Count VIII;

4. The Motion to Dismiss of the Defendant Goldstone as to Count X was DENIED;

5. The Motion of the Defendants Goldstone, Simmons, Burns, Pell and Dempsey was GRANTED as to Count XI and Count XIV;

6.   The Motion to Dismiss of the Defendants Orrick and Dempsey as to Counts XV, XVI, XVII, XVIII & XIX was WITHDRAWN; and

7.   The Motion of the Defendant Orrick as to Count XX was DENIED as MOOT.


Accordingly, IT IS HEREBY ORDERED this 20th Day of September, 2010 for the reasons stated on the record at the hearing on September 17, 2010, that the above Motions to Dismiss, while still pending before this Court in their entirety, have been DENIED as to Counts 5, 10 and 15-20 and GRANTED as to Counts 7, 8, 11 and 14.  Complete disposition of the balance of these motions will await a Memorandum Opinion and Order of this Court.


_____/s/_____
Richard D. Bennett
United States District Judge