IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Joel I. Sher, Chapter 11 Trustee, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: RDB 10-1895 |
| SAF Financial, Inc., *et al.*, | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 14th day of October 2010, ORDERED that:

1. The Motion to Dismiss by Defendants Burns and Pell (Paper No. 25) is:

    a. GRANTED as to Counts I and II, but

    b. DENIED as to Counts IX and XIII;

2. The Motion to Dismiss by Defendant SAF Financial, Inc. (Paper No. 27) is:

    a. GRANTED as to Count XII, but

    b. DENIED as to Counts III, IV and VI;

3. The Motion to Dismiss by Defendants Goldstone and Simmons (Paper No. 29) is:

    a. GRANTED as to Counts III, IV, VI and XII, but

    b. DENIED as to Counts I, II, IX and XIII;

4. The Motion to Dismiss, or in the Alternative to Strike, by Defendants Orrick and Dempsey (Paper No. 30) is:

    a. DENIED as to Counts XIII and XV through XIX;

5. Count XII (Unjust Enrichment) is hereby merged into Count IX (Breach of Contract) as to Goldstone and Simmons; and

6. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to Counsel.

/s/_____
Richard D. Bennett
United States District Judge